**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERNESTO I. DIOSDADO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-03050 |
| v. ) | |
| ) | |
| OUTBACK STEAKHOUSE OF FLORIDA, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that, effective with filing of this Stipulation of Dismissal, this matter may be dismissed as to Defendant, with prejudice, each party to bear its own costs and fees.

Dated: 2/20/2020

Respectfully submitted,

*/s/ Carlos G. Becerra*
Carlos G. Becerra
Becerra Law Group LLC
11 East Adams Street, Suite 1401
Chicago, IL 60603
Telephone 312-957-9005
E-mail: cbecerra@law-rb.com

*Attorney for Plaintiff*

*/s/ Christopher C. Johnson*
CHRISTOPHER C. JOHNSON*
Florida Bar No.: 0105262
JOHNSON JACKSON PLLC
100 N. Tampa Street
Suite 2310
Tampa, FL 33602
Telephone: 813-580-8400
E-mail: cjohnson@johnsonjackson.com
*admitted Pro Hac Vice*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ *Christopher C. Johnson*
Attorney